**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
Southern District of New York
                                          (State)
Case number *(if known)*: 21-_____ Chapter 11

☐ Check if this is an amended filing

Official Form 201
**Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  GBG USA Inc.

2. **All other names debtor used in the last 8 years**  N/A
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  94-3032467

4. **Debtor's address**

   **Principal place of business**
   350 Fifth Ave
   Number     Street
   10th Floor

   New York          NY          10118
   City              State       ZIP Code

   Manhattan
   County

   **Mailing address, if different from principal place of business**
   
   Number     Street
   
   P.O. Box
   
   City              State       ZIP Code

   **Location of principal assets, if different from principal place of business**
   See Attachment A
   Number     Street
   
   City              State       ZIP Code

5. **Debtor's website** (URL)  https://www.globalbrandsgroup.com

6. **Type of debtor**  
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Official Form 201                 Voluntary Petition for Non-Individuals Filing for Bankruptcy                 page **1**

### 7. Describe debtor's business

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
　　4243

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11**. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.　District _____　When _____　Case number _____
　　　　　　　　　　　　　　　　MM / DD / YYYY
　　　　　District _____　When _____　Case number _____
　　　　　　　　　　　　　　　　MM / DD / YYYY

| | | |
|---|---|---|
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** List all cases. If more than 1, attach a separate list. | ☐ No<br>☒ Yes.   Debtor <u>See Attachment A</u>    Relationship <u>Affiliate</u><br>         District <u>Southern District of New York</u>    When <u>Date Hereof</u><br>                                                          MM / DD / YYYY<br>         Case number, if known <u>Pending</u> |
| 11. | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>     What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>                        Number      Street<br>                        City      State      ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>         Contact name _____<br>         Phone _____ |

### ■ Statistical and administrative information

| | | |
|---|---|---|
| 13. | **Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| 14. | **Estimated number of creditors*** | ☐ 1-49        ☒ 1,000-5,000        ☐ 25,001-50,000<br>☐ 50-99       ☐ 5,001-10,000      ☐ 50,001-100,000<br>☐ 100-199     ☐ 10,001-25,000    ☐ More than 100,000<br>☐ 200-999 |

Debtor __GBG USA Inc.__                                         Case number *(if known)* 21-___
      Name

| | | | |
|---|---|---|---|
| **15. Estimated assets*** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☒ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| | | | |
|---|---|---|---|
| **16. Estimated liabilities*** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☒ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

* Information provided on a consolidated basis and based on financial statements as of June 30, 2021 (with pro forma adjustments to account for prepetition asset sales relating to Spyder and Frye brands).

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __7/29/2021__
              MM / DD / YYYY

✗ __/s/ Mark Caldwell__                                      __Mark Caldwell__
Signature of authorized representative of debtor        Printed name

Title __Chief Financial Officer__

**18. Signature of attorney**

✗ __/s/ Rachel C. Strickland__                               Date __7/29/2021__
Signature of attorney for debtor                         MM / DD / YYYY

__Rachel C. Strickland, Esq.__
Printed name

__Willkie Farr & Gallagher LLP__
Firm name

__787__        __Seventh Avenue__
Number     Street

__New York__                                                   __NY__              __10019__
City                                                           State            ZIP Code

__212-728-8000__                                               __rstrickland@willkie.com__
Contact phone                                                  Email address

__2964294__                                                    __New York__
Bar number                                                     State

## ATTACHMENT A TO VOLUNTARY PETITION

1. **Pending Bankruptcy Cases Filed by Affiliates of the Debtor**

   On the date hereof, each of the entities below (collectively, the "**Debtors**") filed a Petition in the United States Bankruptcy Court for the Southern District of New York for relief under chapter 11 of title 11 of the United States Code.

   | |
   |---|
   | GBG North America Holdings Co., Inc. |
   | GBG USA Inc. |
   | Jimlar Corporation |
   | Homestead International Group Ltd. |
   | IDS USA Inc. |
   | MESH LLC |
   | Frye Retail, LLC |
   | Krasnow Enterprises, Inc. |
   | Krasnow Enterprises Ltd. |
   | Pacific Alliance USA, Inc. |
   | GBG Spyder USA LLC |

   Contemporaneously with the filing of their voluntary petitions, the Debtors filed a motion requesting that this Court consolidate their chapter 11 cases for procedural purposes only.

2. **Location of the Debtors' Principal Assets (on a Consolidated Basis)**

   a) The Debtors' headquarters is located in New York City at 350 Fifth Avenue, New York, NY 10118.

   b) The Debtors' funded debt is governed by New York law and provides for venue in non-bankruptcy matters in New York.

   c) The Debtors maintain bank accounts in New York City.

   d) The Debtors have funded retainers for certain professionals held in bank accounts located in New York City.

   e) The Debtors maintain additional places of business at the following locations:

| Address | |
|---|---|
| 1961 Chain Bridge Road, STE 105<br>McLean, VA 22182 | 2047 Fillmore Street<br>San Francisco, CA 94115 |
| 11701 Domain Blvd., Storage<br>Austin, TX 78758 | 401 11th Avenue South, #143<br>Nashville, TN 37203 |
| 200 Fillmore St. Unit 108<br>AKA - 2929 East 2nd Avenue<br>Denver, CO 80206 | 144 Fifth Avenue (Flatiron)<br>New York, NY 10011 |
| 4400 Sharon Rd., Room E04D<br>Charlotte, NC 28211 | 2618 Northeast University Village St.<br>Seattle, WA 98105 |
| 114 Summit at Fritz Farm Ln., Ste. 120<br>Lexington, KY 40517 | 26635 Pioneer Avenue<br>Redlands, CA 92374 |
| 4725 Walnut St., Tierra Business Centre<br>Boulder, CO 80301 | 284 Newbury Street<br>Boston, MA 02115 |
| 113 Spring St.<br>New York, NY 10012 | 1066 Wisconsin Avenue NW<br>Washington, DC 20007 |
| 1007 N. Rush St.<br>Chicago, IL 60611 | 630 Old Country Roosevelt FLD<br>Garden City, NY 11530 |
| 675 Ponce De Leon Avenue<br>Atlanta, GA 30308 | 1372 Broadway<br>New York, NY 10018 |
| 8687 N. Central Expressway<br>Northpark Ctr. Dallas<br>Dallas, TX 75225 | 350 Fifth Ave, Empire State Building<br>New York, NY 10118 |
| 1333 Broadway<br>New York, NY 10018 | 4620 Grandover Parkway<br>Greensboro, NC 27407 |
| 1600 Division Road<br>West Warwick, RI 02893 | 965 Madison Avenue<br>New York, NY 10021 |
| 24 Applegate Dr., NE Business Park<br>Robbinsville, NJ 08691 | 208 Hartmann Dr.<br>Lebanon, TN 37087 |
| 1500 N. El Centro Ave<br>Los Angeles, CA 90028 | |

**OMNIBUS BOARD MINUTES**
**AUTHORIZING CHAPTER 11 FILING**

**[see attached]**

**MINUTES OF THE BOARD OF DIRECTORS OF EACH ENTITY SET FORTH ON SCHEDULE I ATTACHED HERETO**

**July 28, 2021**

**WHEREAS,** on April 30, 2021, pursuant to Section 141(c) of the Delaware General Corporation Law and Article III, Section 13 of the bylaws of GBG USA Inc. ("**GBG USA**"), the board of directors (the "**Board**") of GBG USA Inc. established a special committee of independent directors (the "**Special Committee**") to assist the Board in addressing issues related to the financial restructuring of each entity set forth on **Schedule I** attached hereto (each, a "**Company**" and collectively, the "**Companies**"), including, but not limited to, filing for bankruptcy under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), and implementing all related actions in connection thereto;

**WHEREAS**, as a result of the financial condition of the Companies, GBG USA engaged counsel and financial advisors to provide advice to the board of directors, members, manager, managing member, general partner or similar governing body of each of the Companies (each, the "**Governing Body**") regarding its obligations to its creditors, equity holders, employees and other interested parties;

**WHEREAS,** the Special Committee, following consultation with management and advisors, unanimously approved entry into, and performance under the transactions relating to the matters contemplated by the following resolutions;

**WHEREAS**, the Board has had the opportunity to consult with the Special Committee and fully consider each of the strategic alternatives available to the Company;

**WHEREAS**, each Governing Body, after having reviewed and considered the options available to each Company, having consulted its counsel and financial advisors and having received the recommendation of the Special Committee, has determined that, in its judgment, it is advisable and in the best interests of each Company, its creditors, equity holders, employees and other interested parties that each Company voluntarily files a petition (the "**Petition**" and, such cases, the "**Bankruptcy Cases**") for relief under the Bankruptcy Code;

**WHEREAS**, in support of the Bankruptcy Cases, each Company intends to enter into (i) that certain Debtor-in-Possession Credit Agreement (the "**DIP Credit Agreement**"), by and among GBG USA, as borrower, certain other Companies, as guarantors, the lenders from time to time party thereto and ReStore Capital, LLC, as administrative agent and as collateral agent (the "**DIP Agent**"), and (ii) that certain asset purchase agreement (the "**Stalking Horse Agreement**" and together with the DIP Credit Agreement, the "**Transaction Documents**"), by and among the Sellers (as such term is defined in the Stalking Horse Agreement) and Purchaser (as defined in the Stalking Horse Agreement), each substantially in the form previously presented to the Governing Body of each Company; and

**WHEREAS**, after consultation with its counsel and financial advisors and upon the recommendation of the Special Committee, each Governing Body believes that it is advisable and in the best interests of each Company to enter into, deliver and perform its obligations under the Transaction Documents.

**NOW THEREFORE**, it is hereby:

**I.    The Bankruptcy Cases**

**RESOLVED**, that the filing by each Company of the Petition in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), be, and hereby is, authorized, approved, confirmed and adopted in all respects; and it is further

**RESOLVED**, that Mark Caldwell be, and hereby is, appointed, ratified and approved to serve as an authorized signatory of each Company for all purposes; and it is further

**RESOLVED**, that each of the officers of each Company, including any president, vice president, chief executive officer, chief financial officer, treasurer, or secretary (each of the foregoing, individually, an "**Authorized Officer**" and, together, the "**Authorized Officers**") be and they hereby are authorized, empowered and directed to execute and file, or cause to be filed, the Petition on behalf of each Company in order to seek relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court; and it is further

**RESOLVED**, that each of the Authorized Officers be and they hereby are authorized, empowered and directed, in the name and on behalf of each Company, to execute and file all petitions, schedules, motions, lists, applications, pleadings, declarations, affidavits and other papers as required to accompany the Petition or seek entry of first day orders, and, in connection therewith, to employ and retain assistance of legal counsel, accountants, financial advisors and other professionals, and to take and perform any and all further acts and deeds that they deem necessary, proper or desirable in connection with, or in furtherance of, the Petition or the Bankruptcy Cases, with a view to the successful prosecution of such cases; and it is further

**RESOLVED**, that each of the Authorized Officers be and they hereby are authorized, empowered and directed to employ the law firm of Willkie Farr & Gallagher LLP, located at 787 Seventh Avenue, New York, NY 10019, as bankruptcy counsel to render legal services to, and to represent, each Company in the Bankruptcy Cases and in any and all related proceedings, subject to Bankruptcy Court approval; and it is further

**RESOLVED**, that each of the Authorized Officers be and they hereby are authorized, empowered and directed to employ Ankura Consulting Group, LLC, located at 485 Lexington Avenue, New York, NY 10017, as restructuring advisor for each Company in connection with the Bankruptcy Cases, subject to Bankruptcy Court approval; and it is further

**RESOLVED**, that each of the Authorized Officers be and they hereby are authorized, empowered and directed to employ Ducera Partners LLC, located at 11 Times Square,

36th Floor, New York, NY 10036, as financial advisor for each Company in connection with the Bankruptcy Cases, subject to Bankruptcy Court approval; and it is further

**RESOLVED**, that each of the Authorized Officers be and they hereby are authorized, empowered and directed to employ Prime Clerk LLC, located at One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, NY 10165 as claims, noticing, and solicitation agent for each Company in the Bankruptcy Cases, subject to Bankruptcy Court approval; and it is further

**RESOLVED**, that each of the Authorized Officers be and they hereby are authorized, empowered and directed to retain on behalf of each Company such other professionals and advisors as they deem necessary, appropriate or desirable, upon such terms and conditions as they shall approve, to render services to each Company in connection with the Bankruptcy Cases and with respect to other related matters in connection therewith, subject to Bankruptcy Court approval, if required; and it is further

## II.    The Transaction Documents

**RESOLVED**, that the form, terms and provisions of each Transaction Document (including the DIP Credit Agreement and the other Loan Documents (as hereinafter defined)), including, without limitation, any exhibits, appendices and schedules thereto, all transactions contemplated thereby and all actions taken by the Authorized Officer(s) in connection therewith be, and hereby are, authorized, approved and ratified in all respects with such modifications, changes, additions and deletions thereto as may be approved or deemed necessary, desirable, convenient, advisable or appropriate by an Authorized Officer executing the same, the execution thereof by such Authorized Officer to be conclusive evidence of such approval, necessity, desirability, convenience, advisability or appropriateness; and it is further

**RESOLVED**, that the execution and delivery of each Transaction Document (including the DIP Credit Agreement and the other Loan Documents) and the performance by each Company of its obligations thereunder, including the granting, ratification or reaffirmation of any security interest, mortgage or lien, or the provision of any guarantee, as applicable, in each case, as contemplated by or in connection with the DIP Credit Agreement, the other Loan Documents and the other Transaction Documents, hereby are expressly authorized, adopted, confirmed, ratified and approved, and such approval is intended to and shall constitute all authorization and approval required by each Governing Body; and it is further

**RESOLVED**, that each of the Authorized Officers be and they hereby are authorized to execute, deliver and perform, or cause to be executed, delivered and performed, as applicable from time to time, in the name of and on behalf of each Company, the DIP Credit Agreement and various other documents, agreements, instruments, questionnaires, papers or writings, as such Authorized Officer determines are necessary, convenient, advisable, appropriate or desirable to effect execution, delivery and performance of the DIP Credit Agreement and the transactions contemplated thereunder as intended by these resolutions, including but not limited to, any UCC financing statements and other instruments, stock powers, bond powers, unit powers, powers of attorney, side letters, notary letters, allonges, waivers, documents, certificates, consents,

assignments, notices, affidavits, certificates of officers (including secretary's certificates) and other certificates, control agreements, intellectual property grants, guarantees, pledge agreements and other pledge documents, security agreements and other security documents, ratification agreements and agreements contemplated thereby or executed and delivered in connection therewith (collectively, the "**Loan Documents**"), in each case, with such changes, additions, modifications, and terms as the Authorized Officer(s) executing the Loan Documents shall approve, with such Authorized Officer's execution thereof to be deemed conclusive evidence of such approval, and in each case and in connection therewith, with all amendments, amendments and restatements, supplements, renewals, extensions, modifications, substitutions and replacements thereof and each other agreement now existing or hereafter created providing collateral security for payment or performance of the obligations thereunder; and it is further

**RESOLVED**, that each of the Authorized Officers are hereby authorized, directed and empowered, for and on behalf of and in the name of each Company to assign, hypothecate, set over, grant security interests in or grant a continuing security interest in, mortgage or pledge any or all of the assets and properties of each Company, real, personal or mixed, tangible or intangible, now owned or hereafter acquired, and all proceeds of the foregoing, to the DIP Agent as security for the obligations under the DIP Credit Agreement and the other Loan Documents; and it is further

**RESOLVED**, that to the extent that the approval of each Company in its capacity as a stockholder, shareholder, equity holder, managing member, sole member, general partner, limited partner or member of any person is required for each Company or any such other person to execute, deliver and perform any of its obligations (including the grant of a lien on its assets) under the DIP Credit Agreement, or the other Loan Documents, the other Transaction Documents, each Company hereby consents thereto; and it is further

**RESOLVED**, that the Board, having reviewed the Stalking Horse Agreement, whereby the Sellers agree to sell the Acquired Assets (as defined in the Stalking Horse Agreement) under section 363 of the Bankruptcy Code (the "**Sale**"), subject to the terms and conditions set forth therein and the bidding procedures established by the Bankruptcy Court, hereby determine that the Sale and the other transactions contemplated by the Stalking Horse Agreement are advisable and in the best interests of the Sellers and their shareholders and other stakeholders; and it is further

**RESOLVED**, that the form, terms and provisions of (i) the Stalking Horse Agreement, substantially in the form presented to the Board, with such changes therein and additions thereto as the Authorized Officers executing the same shall approve, the execution thereof by an Authorized Officer to be deemed conclusive evidence of such approval, and (ii) the other sale documents including, without limitation, any exhibits, appendices and schedules thereto, all transactions contemplated thereby and all actions taken by the Authorized Officer in connection therewith be, and hereby are, authorized, approved and ratified in all respects with such modifications, changes, additions and deletions thereto as may be approved or deemed necessary, desirable, convenient, advisable or appropriate by an Authorized Officer executing the same, the execution thereof by such Authorized Officer to be conclusive evidence of such approval, necessity, desirability, convenience, advisability or appropriateness; and it is further

**RESOLVED**, that the execution and delivery of the Stalking Horse Agreement and the other sale documents, and the performance by the Sellers of their obligations thereunder, hereby are expressly authorized, adopted, confirmed, ratified and approved, and such approval is intended to and shall constitute all authorization and approval required by the Board; and it is further

**RESOLVED**, that each of the Authorized Officers is authorized to make, execute, file and deliver any and all consents, certificates, documents, instruments, amendments, papers or writings as may be required in connection with or in furtherance of any of the foregoing, and to do any and all other acts necessary or desirable to effectuate the foregoing resolutions, the execution and delivery thereof by such Authorized Officer(s) to be deemed conclusive evidence of the approval by each Company of the terms, provisions and conditions thereof; and it is further

**RESOLVED**, that any and all past actions heretofore lawfully taken by any Authorized Officer, or any other officers, directors, members or any authorized persons acting under similar authority, as the case may be, of each Company or any Governing Body of a Company, in the name and on behalf of each Company in furtherance of any or all of the preceding resolutions are hereby ratified, confirmed, adopted and approved in all respects; and it is further

### III.    Miscellaneous

**RESOLVED**, that each of the Authorized Officers is authorized to make, execute, file and deliver any and all consents, certificates, documents, instruments, amendments, papers or writings as may be required in connection with or in furtherance of any of the foregoing, and to do any and all other acts necessary or desirable to effectuate the foregoing resolutions, the execution and delivery thereof by such Authorized Officer(s) to be deemed conclusive evidence of the approval by each Company of the terms, provisions and conditions thereof.

- 6 -

Dated: July 28, 2021
    New York, New York

*/s/ Robert K. Smits*
Name: Robert K. Smits
Title: Executive Vice President and General Counsel

## **Schedule I**

| |
|---|
| GBG North America Holdings Co., Inc. |
| GBG USA Inc. |
| Jimlar Corporation |
| Homestead International Group Ltd. |
| IDS USA Inc. |
| MESH LLC |
| Frye Retail, LLC |
| Krasnow Enterprises, Inc. |
| Krasnow Enterprises Ltd. |
| Pacific Alliance USA, Inc. |
| GBG Spyder USA LLC |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                                    :    Chapter 11
                                                          :
GBG USA Inc., et al.[1]                                   :    Case No. 21-_____ (      )
                                                          :
                         Debtors.                         :    (Joint Administration Pending)
------------------------------------------------------------x

# CONSOLIDATED LIST OF CREDITORS
# HOLDING THE 50 LARGEST UNSECURED CLAIMS

Set forth below is the list of creditors that hold, based upon information presently available and belief, the fifty (50) largest unsecured claims (the **"Top 50 List"**) against GBG USA Inc. and its affiliated debtors and debtors in possession (collectively, the "**Debtors**"). This list has been prepared based upon the books and records of the Debtors. The Top 50 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 cases. The Top 50 List does not include: (1) persons who come within the definition of an "insider" as set forth in 11 U.S.C. § 101(31); or (2) secured creditors, including those creditors with a right to setoff under applicable law, unless the value of the collateral (or amount entitled to be offset) is such that the unsecured deficiency places the creditor among the holders of the fifty (50) largest unsecured claims. The information presented in the Top 50 List shall not constitute an admission by, nor is it binding on, the Debtors. The information presented herein, including, without limitation: (a) the failure of the Debtors to list any claim as contingent, unliquidated, disputed or subject to a setoff; or (b) the listing of any claim as unsecured, does not constitute an admission by the Debtors that the secured lenders listed hold any deficiency claims, nor does it constitute a waiver of the Debtors' rights to contest the validity, priority, nature, characterization, and/or amount of any claim.

[List appears on next page]

---

[1]   The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal taxpayer identification number are as follows: GBG USA Inc. (2467), Jimlar Corporation (8380), GBG North American Holdings Co., Inc. (5576), Homestead International Group Ltd. (0549), IDS USA Inc. (7194), MESH LLC (8424), Frye Retail, LLC (1352), Krasnow Enterprises, Inc. (0122), Krasnow Enterprises Ltd. (0001), Pacific Alliance USA, Inc. (0435), and GBG Spyder USA LLC (9108). The Debtors' executive headquarters are located at 350 5th Avenue, 10th Floor, New York, NY 10118.

Official Form 204
Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 1 | KR HOLLYWOOD, LLC<br>C/O KILROY REALTY CORPORATION<br>12200 WEST OLYMPIC BLVD, SUITE 200<br>LOS ANGELES, CA 90064 | Phone: 3104818400<br>Email: LPHILLIPS@KILROYREALTY.COM | Rent | C / U / D | | | Undetermined |
| 2 | KENNETH COLE PRODUCTIONS, INC.<br>1 HARMON PLAZA, SUITE 400<br>SECAUCUS, NY 07094 | Phone: 2015838624<br>Email: SSANCHEZ@KENNETHCOLE.COM | Royalties | | | | $ 6,000,000.00 |
| 3 | AUTHENTIC BRANDS GROUP, LLC<br>1411 BROADWAY, 4TH FLOOR<br>NEW YORK, NY 10018-3460 | Phone:<br>Email: legaldept@abg-nyc.com | Royalties | | | | 3,561,713.01 |
| 4 | ESRT 1333 BROADWAY, LLC<br>4 CHASE METROTECH CTR, RE#28628 7TH FLOOR EAST<br>BROOKLYN, NY 11245 | Phone: 2127363100<br>Email: GRICHARDS@EMPIRESTATEREALTYTRUST.COM | Rent | | | | 2,489,682.58 |
| 5 | PPF RTL 113 SPRING STREET, LLC<br>PO BOX 62013<br>NEW ORLEANS, LA 70162-2013 | Contact: Morris Brown<br>Phone: 212-204-3450 x202<br>Email: mbrown@centurionre.com | Rent | | | | 2,168,972.65 |
| 6 | BRAND MATTER, LLC<br>1065 AVENUE OF THE AMERICAS, 30/F<br>NEW YORK, NY 10018 | Contact: CHARLIE BANG<br>Email: cbang@sbg-ny.com | Royalties | | | | 1,997,412.04 |
| 7 | 144 5TH RETAIL LLC<br>500 FIFTH AVENUE, 54TH FLOOR<br>NEW YORK, NY 10110 | Contact: Jeff Sutton<br>Email: js@jeffsutton.com | Rent | | | | 1,511,066.68 |
| 8 | PRISA LHC, LLC<br>CN 4000, FORSGATE DRIVE PRLHC N.E. BUSINESS PARK I<br>CRANBURY, NJ 08512 | Contact: BORIS KAPLAN<br>Phone: 7325212900<br>Email: bkaplan@matrixcompanies.com | Rent | | | | 1,437,953.00 |
| 9 | NEWGLO ASSOCIATES 284, LLC<br>800 BOYLSTON STREET, SUITE 1300<br>C/O THE WILDER COMPANIES, LTD.<br>BOSTON, MA 02199 | Contact: Matthew K. Joyce<br>Phone: 617-896-4924<br>Email: mjoyce@wilderco.com | Rent | | | | 1,405,979.08 |
| 10 | WISCONSIN AVENUE HOLDINGS LLC<br>200 SUMMIT DRIVE, SUITE 210<br>BURLINGTON, MA 01803 | Contact: 7813284325<br>Email: NBOUTHILLER@GOODWINPTNRS.COM | Rent | | | | 1,229,750.00 |
| 11 | ROSS PROCUREMENT, INC.<br>5130 HACIENDA DRIVE<br>DUBLIN, CA 94568 | Contact: Arthur Cordaro<br>Email: arthur.cordaro@cbre.com | Rent | | | | 1,143,054.83 |
| 12 | TYSONS CORNER LLC<br>1961 CHAIN BRIDGE ROAD SUITE 105<br>MCLEAN, VA 22102-4501 | Phone: 8668111095<br>Email: tysonscorner_ar@macerich.com | Rent | | | | 935,152.69 |
| 13 | DAKINE IP HOLDINGS LP<br>50 WEST 57TH ST 5TH FLOOR<br>NEW YORK, NY 10019 | Contact: KEVIN MCNAMARA<br>Phone: 6466617747<br>Email: kmcnamara@marqueebrands.com | Royalties | | | | 860,000.00 |
| 14 | NORTHPARK PARTNERS, LP<br>PO BOX 226864<br>DALLAS, TX 75222-6864 | Phone: 2143691234<br>Email: JTANZOLA@NORTHPARKCNTR.COM | Rent | | | | 676,395.99 |
| 15 | SAP AMERICA INC<br>P.O. BOX 7780-824024<br>PHILADELPHIA, PA 19182 | Phone: 6508472663<br>Email: financeAR@SAP.com | It | | | | 569,164.22 |
| 16 | SOUTHPARK MALL LIMITED PARTNERSHIP<br>PO BOX 409276<br>ATLANTA, GA 30384-9276 | Contact: Zoe Bogart<br>Phone: 3176857292<br>Email: ZOE.BOGART@SIMON.COM | Rent | | | | 556,126.39 |
| 17 | IBM CHINA / HONG KONG LIMITED<br>10/F, PCCW TOWER, TAIKOO PLACE<br>HONG KONG, HONG KONG | Phone: 852-282-57418<br>Email: VCHAN@HK1.IBM.COM | It | | | | 503,500.00 |
| 18 | KOURY VENTURES LP<br>2275 VANSTORY STREET, SUITE 200<br>GREENSBORO, NC 27403 | Email: info@kourycorp.com | Rent | | | | 495,982.60 |
| 19 | ROOSEVELT FIELD<br>PO BOX 772854<br>CHICAGO, IL 60677-2854 | Contact: Kevin Shrewsbury<br>Email: kevin.shrewsbury@simon.com | Rent | | | | 494,724.87 |
| 20 | THE MEDIA PROJECT LLC<br>46 BOUNTY STREET<br>METUCHEN, NJ 08840 | Email: EVANZ@THEMEDIAPROJECTAGENCY.COM | Trade Vendor | | | | 462,975.00 |
| 21 | AETNA LIFE AND CASUALTY (BERMUDA)<br>PO BOX 21673<br>CHICAGO, IL 60673-1216 | Phone: 8602735636<br>Email: WARNERN@AETNA.COM | Benefits | | | | 450,685.22 |
| 22 | RADIAL, INC.<br>PO BOX 204113<br>DALLAS, TX 75320-4114 | Phone: 5617375434<br>Email: THOMPSONL@RADIAL.COM | Trade Vendor | | | | 417,115.01 |
| 23 | UNIVERSITY VILLAGE, LP<br>PO BOX 24702<br>SEATTLE, WA 98124-0702 | Phone: 2065230622<br>Email: CONTROLLER@UVILLAGE.COM | Rent | | | | 387,040.36 |
| 24 | JAMESTOWN PCM MASTER TENANT, L.P.<br>675 PONCE DE LEON AVE. NE, STE 100<br>ATLANTA, GA 30308 | Phone: 4049007900<br>Email: PCMMANAGEMENT@JAMESTOWNLP.COM | Rent | | | | 363,863.20 |
| 25 | JLO HOLDING COMPANY, LLC.<br>C/O MURPHY & KRESS, INC.<br>2401 MAIN STREET<br>SANTA MONICA, CA 90405 | Contact: Lisa Peier<br>Phone: 310-804-2485<br>Email: lisa@jlopezent.com | Royalties | | | | 359,899.74 |
| 26 | CITIBANK<br>388 GREENWICH STREET<br>NEW YORK, NY 10013 | Contact: Caroline Morgis<br>Phone: 212- 816-5312<br>Email: caroline.morgis@citi.com | Trade Vendor | | | | 309,429.20 |
| 27 | SUZHOU HONGYANG TEXTILE<br>NO.288 ZHENNAN EAST ROAD,ZHENZE<br>SUZHOU, 100 215231 CHINA | Email: FIONA@JOINTEX.CN | Trade Vendor | | | | 308,313.25 |
| 28 | BLUESTAR ALLIANCE LLC<br>240 MADISON AVENUE, 15TH FLOOR<br>NEW YORK, NY 10016 | Contact: Joseph Sutton<br>Email: jsutton@bluestarall.com | Trade Vendor | | | | 300,000.00 |
| 29 | CENTURYLINK<br>PO BOX 1319<br>CHARLOTTE, NC 28201-1319 | Email: NICOLAS.HENRY@CENTURYLINK.COM | Utilities | | | | 271,512.67 |
| 30 | AREA TWELVE LLC<br>16 HIGHLAND AVENUE<br>SEA CLIFF, NY 11579 | Email: MICHAEL@AREATWELVE.COM | Trade Vendor | | | | 246,634.12 |
| 31 | ALL SAINTS RETAIL LIMITED<br>6 CORBET PLACE, UNIT C15-C17<br>JACK'S PLACE<br>LONDON, E1 6NN GREAT BRITAIN | Phone: 2073928061<br>Email: ACCOUNTSRECEIVABLE@ALLSAINTS.COM | Royalties | | | | 244,783.21 |
| 32 | FRITZ FARM RETAIL COMPANY LLC<br>2222 ARLINGTON AVENUE<br>BIRMINGHAM, AL 35205 | Email: JDRUM@BAYERPROPERTIES.COM | Rent | | | | 237,500.00 |
| 33 | SOFTWAREONE HONG KONG LIMITED<br>7/F THE RAYS 71 HUNG TO ROAD<br>KWUN TONG, HONG KONG | Contact: Kyvans Hon<br>Email: kyvans.hon@softwareone.com | It | | | | 232,569.00 |
| 34 | CROWELL & MORING LLP<br>590 MADISON AVENUE<br>NEW YORK, NY 10022 | Contact: Paul J. Pollock<br>Phone: 212-895-4216<br>Email: ppollock@crowell.com | Trade Vendor | | | | 226,158.28 |
| 35 | FEDEX<br>PO BOX 7221<br>PASADENA, CA 91109-7321 | Contact: Roseann Findeisen<br>Phone: 800-548-3020<br>Email: rtfindeisen@fedex.com | Transportation And Logistics | | | | 222,735.40 |
| 36 | C/O 35 EAST 75TH STREET CORP.<br>PO BOX 350<br>EMERSON, NJ 07630 | Contact: Kenia Encarnacion<br>Phone: 2126928344<br>Email: kenia.encarnacion@ellimanpm.com | Rent | | | | 215,636.65 |
| 37 | DOMAIN NORTHSIDE RETAIL PROPERTY<br>500 WEST 5TH STREET, SUITE 700<br>AUSTIN, TX 78701 | Email: KSTAFFORD@ENDEAVOR-RE.COM | Rent | | | | 199,733.93 |
| 38 | WINSTON SUPPORT SERVICES, LLC<br>122 EAST 42ND STREET, SUITE 320<br>NEW YORK, NY 10168 | Contact: Ray McCourt<br>Phone: 2126821056<br>Email: rmccourt@winstonstaffing.com | Trade Vendor | | | | 196,639.42 |

Official Form 204
Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
|---|---|---|---|---|---|---|---|
| 39 | GRAJ AND GUSTAVSEN INC<br>210 FIFTH AVENUE SUITE 800<br>NEW YORK, NY 10010 | Contact: Peter Hawkins<br>Email: peterj@ggny.com | Trade Vendor | | | | 187,500.00 |
| 40 | FILLMORE STREET ASSOCIATES, LLC<br>200 FILLMORE STREET, SUITE 400<br>DENVER, CO 80206 | Contact: 3033215700<br>Email: JPETTYJOHN@WESTDEVGRP.COM | Rent | | | | 160,000.00 |
| 41 | IPERS BREA/GOLDEN STATE BUSINESS<br>GOLDEN STATE BUSINESS PARK-5<br>PO BOX 6234<br>HICKSVILLE, NY 11802-6234 | Contact: Linda Kight<br>Email: linda.kight@transwestern.com | Rent | | | | 152,572.47 |
| 42 | BROOKWOOD PROPERTIES HOLDINGS<br>138 CONANT STREET<br>BEVERLY, MA 01915 | Contact: 9787207500<br>Email: MABBOTT-WALSH@BROOKWOODFINANCIAL.COM | Rent | | | | 152,375.09 |
| 43 | GOOGLE, INC.<br>DEPT. 33654, PO BOX 39000<br>SAN FRANCISCO, CA 94139 | Email: collections@google.com | Trade Vendor | | | | 143,310.53 |
| 44 | PTC INC.<br>29896 NETWORK PLACE<br>CHICAGO, IL 60673-1298 | Email: ar-credit@ptc.com | It | | | | 142,280.40 |
| 45 | EL TORO INTERACTIVE, LLC<br>2 UNIVERSITY PLAZA, SUITE 100<br>HACKENSACK, NJ 07601 | Contact: Maria Ciminata<br>Email: maria@acadaca.com | Trade Vendor | | | | 136,381.27 |
| 46 | SUNGARD AVAILABILITY SERVICES, LP<br>PO BOX 776896<br>CHICAGO, IL 60677-6896 | Email: as.custserv@sungardas.com | It | | | | 135,840.00 |
| 47 | PORT LOGISTICS GROUP<br>288 MAYO AVENUE<br>CITY OF INDUSTRY, CA 91789 | Contact: Joann Lombardi<br>Phone: 9732491230<br>Email: joann.lombardi@whiplash.com | Transportation And Logistics | | | | 123,678.83 |
| 48 | IBM CREDIT LLC<br>PO BOX 643600<br>PITTSBURGH, PA 15264-3600 | Email: ASKUSAR@CA.IBM.COM | Trade Vendor | | | | 122,751.50 |
| 49 | VERIZON WIRELESS<br>PO BOX 660108<br>DALLAS, TX 75266-0108 | Contact: Rupert Jones<br>Email: rupert.jones@verizonwireless.com | Utilities | | | | 111,534.43 |
| 50 | NUORDER INC.<br>SUITE 175M 1901 AVENUE OF THE STARS<br>LOS ANGELES, CA 90067 | Contact: Grace Phan<br>Phone: 3109519631<br>Email: GRACE.PHAN@NUORDER.COM | Trade Vendor | | | | 111,000.00 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GBG USA Inc. | : | Case No. 21-_____ (       ) |
| | : | |
| Debtor. | : | (Joint Administration Pending) |

------------------------------------------------------------x

# LIST OF EQUITY HOLDERS AND CORPORATE OWNERSHIP STATEMENT OF GBG USA INC. PURSUANT TO BANKRUPTCY RULES 1007(a)(3) AND 7007.1

GBG USA Inc. is a wholly-owned subsidiary of GBG North America Holdings Co., Inc., which is a wholly-owned subsidiary of GBG International Holding Company Limited, which is a wholly-owned subsidiary of Global Brands (Hong Kong) Limited, which is a wholly-owned subsidiary of GBG International Holding Limited, which is a wholly-owned subsidiary of Global Brands Group Holding Limited.

**Fill in this information to identify the case and this filing:**

Debtor Name <u>GBG USA Inc.</u>

United States Bankruptcy Court for the<u>: Southern District of New York</u>
(State)

Case number (*If known*): <u>21-</u>

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑ Other document that requires a declaration: List of Equity Holders and Corporate Ownership Statement Pursuant to Bankruptcy Rules 1007(a)(3) and 7007.1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>7/29/2021</u>
MM / DD / YYYY

<u>/s/ Mark Caldwell</u>
Signature of individual signing on behalf of debtor

<u>Mark Caldwell</u>
Printed name

<u>Chief Financial Officer</u>
Position or relationship to debtor