Rachel C. Strickland
Andrew S. Mordkoff
Ciara A. Sisco
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Counsel for the Debtors and
Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
| | |
|---|---|
| In re: | Chapter 11 |
| GBG USA Inc., et al.,[1] | Case No. 21-11369 (MEW) |
| | (Jointly Administered) |
| Debtors. | |

------------------------------------------------------x

## NOTICE OF SLC FASHION LLC AS SUCCESSFUL BIDDER FOR THE DEBTORS' SEAN JOHN ASSETS

**PLEASE TAKE NOTICE** that certain of the above-captioned debtors and debtors in possession (the "**Initial Debtors**") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") on July 29, 2021. On December 1, 2021, GBG Sean John LLC ("**Sean John**", and together with the Initial Debtors, the "**Debtors**") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the Bankruptcy Court.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal taxpayer identification number are as follows: GBG USA Inc. (2467), Jimlar Corporation (8380), GBG North America Holdings Co., Inc. (5576), Homestead International Group Ltd. (0549), IDS USA Inc. (7194), MESH LLC (8424), Frye Retail, LLC (1352), Krasnow Enterprises, Inc. (0122), Krasnow Enterprises Ltd. (0001), Pacific Alliance USA, Inc. (0435), GBG Spyder USA LLC (9108), and GBG Sean John LLC (1287). The Debtors' mailing address is located at GBG USA Inc., P.O. Box 4965 Greensboro, NC 27404.

**PLEASE TAKE FURTHER NOTICE** that on July 29, 2021, the Initial Debtors filed the *Motion of the Debtors for Orders (I)(A) Authorizing and Approving Bid Procedures in Connection with Sale of Substantially All of the Debtors' Assets, (B) Authorizing and Approving Bid Protections, (C) Scheduling Related Auction and Hearing to Consider Approval of Sale, (D) Approving Procedures Related to Assumption and Assignment of Executory Contracts and Unexpired Leases, (E) Approving Form and Manner of Notice Thereof, and (F) Granting Related Relief; and (II)(A) Authorizing and Approving Sale of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests, (B) Authorizing and Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (C) Granting Related Relief* [Docket No. 15] (the "**Bid Procedures Motion**").

**PLEASE TAKE FURTHER NOTICE** that on August 31, 2021, the Bankruptcy Court entered an order approving the Bid Procedures Motion [Docket No. 141] (the "**Bid Procedures Order**").[2] The Bid Procedures Order authorized the Debtors, among other things, to schedule and conduct Auctions for the sales of the Debtors' assets. On December 3, 2021, the Court entered an order [Docket No. 386] applying the Bid Procedures Order to the sale of the Sean John assets.

**PLEASE TAKE FURTHER NOTICE** that on December 8, 2021, the Debtors filed the *Notice of Sale by Auction and Sale Hearing* [Docket No. 395] and scheduled the Auction for the Sean John assets to be held on December 20, 2021 at 10:00 a.m. (Prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that the Debtors held the Auction for the Sean John assets on December 20, 2021. Pursuant to the Bid Procedures Order, the Debtors hereby provide notice that SLC Fashion LLC has submitted the Successful Bid for a cash purchase price

---

[2] Capitalized terms not defined herein have the meanings given them in the Bid Procedures Order.

of $7.551 million plus certain Assumed Liabilities, and has been deemed the Successful Bidder for the Sean John assets.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bid Procedures Order, the Debtors hereby provide notice that United Ventures, LLC submitted the Designated Back-Up Bid for a cash purchase price of $7.50 million plus certain Assumed Liabilities, and has been deemed the Back-Up Bidder for the Sean John assets.

**PLEASE TAKE FURTHER NOTICE** that a telephonic hearing to consider approval of the Successful Bid for the Sean John assets is scheduled to be held on December 22, 2021 at 1:00 p.m. (Prevailing Eastern Time) before the Honorable Michael E. Wiles, United States Bankruptcy Judge for the Southern District of New York, One Bowling Green, New York, New York 10004. Prior to the hearing, the Debtors will file a proposed form of order approving the Successful Bid for the Sean John assets. The deadline to object to the approval of the Successful Bid for the Sean John assets is December 21, 2021 at 4:00 p.m. (Prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that if you would like to receive copies of any of the Court documents set forth above, (a) you may access such documents online from either the Court's electronic case filing system located at www.nysb.uscourts.gov (a PACER password is required) or the website of the Debtors' claims agent at https://cases.primeclerk.com/gbg, or (b) you may contact Ciara A. Sisco, Esq. or Erin C. Ryan, Esq. at Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New York 10019, or by telephone at (212) 728-8000.

Dated: December 21, 2021
      New York, New York

WILLKIE FARR & GALLAGHER LLP
*Counsel for the Debtors and*
*Debtors in Possession*

By:  /s/ Andrew S. Mordkoff
Rachel C. Strickland
Andrew S. Mordkoff
Ciara A. Sisco
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111