Rachel C. Strickland
Andrew S. Mordkoff
Ciara A. Sisco
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Counsel for the Debtors and
Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
In re:                                        :    Chapter 11
                                              :
GBG USA Inc., et al.,[1]                      :    Case No. 21-11369 (MEW)
                                              :
            Debtors.                          :    (Jointly Administered)
----------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
SALE HEARING ON DECEMBER 22, 2021 AT 1:00 P.M. (EASTERN TIME)**

| | |
|---|---|
| Time and Date of Hearing: | December 22, 2021 at 1:00 p.m. (Prevailing Eastern Time) |
| Telephonic Only Hearing: | In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted telephonically. Any parties wishing to participate in the Hearing must make arrangements through CourtSolutions LLC. Instructions to register for CourtSolutions LLC are attached to General Order M-543. Please register with Court Solutions at www.court-solutions.com. |
| Copies of Pleadings: | A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' claims and noticing agent, Prime Clerk LLC at https://cases.primeclerk.com/gbg. |

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal taxpayer identification number are as follows: GBG USA Inc. (2467), Jimlar Corporation (8380), GBG North America Holdings Co., Inc. (5576), Homestead International Group Ltd. (0549), IDS USA Inc. (7194), MESH LLC (8424), Frye Retail, LLC (1352), Krasnow Enterprises, Inc. (0122), Krasnow Enterprises Ltd. (0001), Pacific Alliance USA, Inc. (0435), GBG Spyder USA LLC (9108), and GBG Sean John LLC (1287). The Debtors' mailing address is GBG USA Inc., P.O. Box 4965 Greensboro, NC 27404.

I. STATUS UPDATE

II. MATTERS GOING FORWARD:

1. Debtors' Motion for Entry of Final Order Directing (A) Certain Orders in Chapter 11 Cases of GBG USA Inc., et al. Be Made Applicable to Additional Debtor and (B) Joint Administration of Related Chapter 11 Case [Docket No. 380].

   Related Documents:

   Order Directing (A) Certain Orders in Chapter 11 Cases of GBG USA Inc., et al. Be Made Applicable to Additional Debtor and (B) Joint Administration of Related Chapter 11 Case [Docket No. 386].

   Notice of Hearing on Motion Seeking Order Directing Entry of Certain Orders in Chapter 11 Cases of GBG USA Inc., *et al.* [Docket No. 396].

   Notice of Filing of Proposed Final Order Directing Certain Orders in Chapter 11 Cases of GBG USA Inc. et. al. Be Made Applicable to Additional Debtor [Docket No. 426].

   Status: The above matter will be going forward at the Hearing.

2. Proposed Sale of Debtors' GBG Sean John LLC's Assets

   Related Documents:

   Motion of Debtors for Orders: (I)(A) Authorizing and Approving Bid Procedures in Connection with Sale of Substantially All of the Debtors' Assets, (B) Authorizing and Approving Bid Protections, (C) Scheduling Related Auction and Hearing to Consider Approval of Sale, (D) Approving Procedures Related to Assumption and Assignment of Executory Contracts and Unexpired Leases, (E) Approving Form and Manner of Notice Thereof, and (F) Granting Related Relief; and (II)(A) Authorizing and Approving Sale of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests, (B) Authorizing and Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (C) Granting Related Relief [Docket No. 15].

   Order: (A) Authorizing and Approving Bid Procedures in Connection with Sale of Substantially all of the Debtors' Assets, (B) Authorizing and Approving Bid Protections, (C) Scheduling Related Auction and Hearing to Consider Approval of the Sale, (D) Approving Procedures Related to Assumption and Assignment of Executory Contracts and Unexpired Leases, (E) Approving Form and Manner of Notice Thereof, and (F) Granting Related Relief [Docket No. 141].

   Notice of Designation of Stalking Horse Bid and Stalking Horse Bid Protections (Sean John Assets) [Docket No. 382].

Declaration of Agnes K. Tang in Support of Debtors' Designation of Stalking Horse Bid and Stalking Horse Bid Protections (Sean John Assets) [Docket No. 383].

Notice of (I) Closing of Assumed Contract and (II) Adequate Assurance of Future Performance [Docket No. 408].

Notice of SLC Fashion LLC as Successful Bidder for the Debtors' Sean John Assets [Docket No. 425].

Declaration of Agnes K. Tang in Support of Order Approving Sale of the Debtors' Sean John Assets to the Successful Bidder [Docket No. 427].

Notice of Filing of Proposed Order (A) Approving Sale of Substantially All of Debtors' Sean John Assets Free and Clear of All Claims, Liens, Rights, Interests, and Encumbrances, (B) Authorizing Debtors to Enter Into and Perform Their Obligations Under Asset Purchase Agreement, (C) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (D) Granting Related Relief [Docket No. 429].

Status: The above matter will be going forward at the Hearing.

Dated: December 21, 2021
    New York, New York

          WILLKIE FARR & GALLAGHER LLP
          *Counsel for the Debtors and*
          *Debtors in Possession*

          By: /s/    Andrew S. Mordkoff
              Rachel C. Strickland
              Andrew S. Mordkoff
              Ciara A. Sisco
              787 Seventh Avenue
              New York, New York 10019
              Telephone:  (212) 728-8000
              Facsimile:  (212) 728-8111